# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Sandra Horob, Steven Poeckes, Steve Shae, Mike Shae, and Paul Shae, <br><br> Plaintiffs, <br><br> vs. <br><br> Continental Resources, Inc., <br><br> Defendant. | **ORDER ADOPTING STIPULATION TO AMEND SCHEDULING/DISCOVERY PLAN** <br><br> Case No. 4:12-cv-057 |

Before the court is a "Stipulation to Amend Scheduling/Discovery Plan" filed March 29, 2013. The court **ADOPTS** the stipulation (Docket No. 16) and **ORDERS** the scheduling order (Docket No. 13) amended as follows:

a. The parties shall have until **May 15, 2013** to complete fact discovery and to file discovery motions.

b. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows: Plaintiff will disclose its expert witnesses and their reports by **May 1, 2013**. Defendant will disclose its expert witnesses and their reports by **June 15, 2013**.

c. The parties shall have until **July 12, 2013** to complete discovery depositions of expert witnesses.

Dated this 1st day of April, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court